<u>Appendix XII-B1</u>



| CIVIL CASE INFORMATION STATEMENT (CIS) Use for initial Law Division Civil Part pleadings (not motions) under *Rule* 4:5-1 **Pleading will be rejected for filing, under *Rule* 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE: ☒CK ☐CG ☐CA |
| | CHG/CK NO. 7089 |
| | AMOUNT: 250.00 |
| | OVERPAYMENT: |
| | BATCH NUMBER: 179 |

| ATTORNEY / PRO SE NAME<br>Joseph M. Simantov, Esq. | TELEPHONE NUMBER<br>(908) 469-6700 | COUNTY OF VENUE<br>Passaic |
|---|---|---|
| FIRM NAME (if applicable)<br>The Simantov Law Firm, P.C. | | DOCKET NUMBER (when available)<br>L-2946-16 |
| OFFICE ADDRESS<br>100 Jefferson Avenue, 3rd Floor<br>Elizabeth, NJ 07201 | | DOCUMENT TYPE<br>Complaint |
| | | JURY DEMAND ■ YES ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Tracy Gist | CAPTION<br>Tracy Gist vs. Pablo Torres, et al. |
|---|---|

| CASE TYPE NUMBER<br>(See reverse side for listing)<br>603 ✓ | HURRICANE SANDY RELATED?<br>☐ YES  ■ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ■ NO<br>IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ Yes  ■ No | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?<br>☐ Yes  ■ No | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>☐ NONE<br>■ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

| CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION | | |
|---|---|---|
| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ Yes  ■ No | IF YES, IS THAT RELATIONSHIP:<br>☐ EMPLOYER/EMPLOYEE<br>☐ FAMILIAL | ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)<br>☐ BUSINESS |
| DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES  ☐ No | | |

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

RECEIVED & FILED
SUPERIOR COURT OF NEW JERSEY
AUG 19 2016
PASSAIC COUNTY

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES  ■ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?<br>☐ YES  ■ NO | IF YES, FOR WHAT LANGUAGE? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE: /s/ JMS

Effective 12-07-2015, CN 10517-English                                                                                           page 1 of 2

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under Rule 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (including declaratory judgment actions)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (summary action)
- 999 OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE -- PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE -- PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE -- PROPERTY DAMAGE
- 621 UM or UIM CLAIM (includes bodily injury)
- 699 TORT -- OTHER

### Track III - 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 278 ZOMETA/AREDIA
- 279 GADOLINIUM
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 288 PRUDENTIAL TORT LITIGATION
- 289 REGLAN
- 290 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics.

Please check off each applicable category  ☐ Putative Class Action  ☐ Title 59

Joseph M. Simantov, Esq.
NJ Bar #040062003
The Simantov Law Firm, P.C.
100 Jefferson Ave., 3rd Floor
Elizabeth, NJ 07201
(908) 469-6700
Attorneys for Plaintiff – Tracy Gist

RECEIVED & FILED
SUPERIOR COURT OF NEW JERSEY
AUG 19 2016
PASSAIC COUNTY

| | |
|---|---|
| TRACY GIST<br><br>                Plaintiff,<br><br>     v.<br><br>PABLO TORRES, U.S. POSTAL SERVICE, JOHN DOE 1-X, ABC CORP. 1-X (fictitious names as entities are presently unknown),<br><br>                Defendant(s). | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – PASSAIC COUNTY<br>Docket No.: PAS-L- 2496-16<br><br>Civil Action<br><br>**COMPLAINT AND JURY DEMAND** |

Plaintiff, Tracy Gist, residing at 60 N. 5th Street, in the City of Paterson, County of Passaic and State of New Jersey, by way of her complaint against the defendants, Pablo Torres, U.S. Postal Service, John Doe and ABC Corp., alleges the following:

### FIRST COUNT

1. On or about August 22, 2014, Plaintiff, Tracy Gist, was the owner and operator in an automobile who was travelling North on 10 Avenue between W29/W30Street in New York, County of New York and State of New York, when the vehicle owned by defendant U.S. Postal Service and operated by defendant Pablo Torres, also in the vicinity of 10 Avenue between W29/W30 Street in New York, County of New York and State of New York which rear ended plaintiff's vehicle.

2. The defendants, Pablo Torres and U.S. Postal Service, operated their vehicle in a negligent, careless and reckless manner in that the defendants failed to make proper observation of traffic conditions and/or traffic markings; to keep their vehicles under control; to maintain proper speed and distance between vehicles; to make use of their vehicles' braking mechanisms; and, to otherwise drive with reasonable and due care under the circumstances.

3. As a direct and proximate result of the negligence of the defendants, plaintiff suffered severe and permanent bodily injuries, suffered great pain, was forced to seek medical aid and attention, was prevented

from attending to usual and customary business and employment and/or other activities, and have been left with permanent disabilities that will in the future cause pain, require medical treatment, and will in the future incapacitate plaintiff and otherwise cause plaintiff to suffer.

**WHEREFORE**, plaintiff demands judgment against the defendants, Pablo Torres, U.S. Postal Service, John Doe and ABC Corp., individually, jointly and/or severally, for damages together with interest, costs of suit, attorney's fees and such other and further relief as this Court may deem equitable, proper and just.

## JURY DEMAND

Plaintiffs demand trial by jury as to all issues.

Dated: August 18, 2016

_____
Joseph M. Simantov, Esq.
The Simantov Law Firm, PC

## TRIAL ATTORNEY DESIGNATION

Pursuant to the Rules of Court the plaintiff hereby designates Joseph M. Simantov, Esq. as trial counsel in this matter.

Dated: August 18, 2016

_____
Joseph M. Simantov, Esq.

## CERTIFICATION PURSUANT TO R. 4:5-1

Pursuant to Rule 4:5-1, the undersigned certifies that to the best of his knowledge, the within matters in controversy are not the subject of any other action pending in any other Court or of a pending arbitration proceeding nor is any action or arbitration proceeding contemplated nor are other parties required to be joined in this action.

_____
Joseph M. Simantov, Esq.
The Simantov Law Firm, PC

Dated: August 18, 2016