UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY GIST, *Plaintiff,* v. PABLO TORRES and U.S. POSTAL SERVICE, *Defendants.* | Hon. Claire C. Cecchi<br><br>Civil Action No. 17-cv-9313 (CCC) (MF)<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and on consent of all parties,

Plaintiff hereby voluntarily dismisses this action with prejudice.

Dated: Newark, New Jersey
April 24, 2018

JOSEPH M. SIMANTOV

By: /s/ Joseph M. Simantov
The Simantov Law Firm, P.C.
100 Jefferson Ave., 3rd Floor
Elizabeth, NJ 07201
(908) 469-6700
joseph@jsimantov.com

Attorneys for Plaintiff

CRAIG CARPENITO
United States Attorney

By: /s/ Daniel W. Meyler
DANIEL W. MEYLER
Assistant United States Attorney
970 Broad Street, Ste. 700
Newark, NJ 07102
(973) 645-2719
daniel.meyler@usdoj.gov

Attorneys for the United States

SO ORDERED

  *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   4/25/18